USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024



**Matteo Bonuzzi**
Associate

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial:  212-551-7771
Fax:  212-559-1759
Email:  mbonuzzi@mmwr.com

January 5, 2024

**Via ECF**

District Judge
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

    Re:    Stoneline Group, LLC v. Liberty Mutual Insurance Company
            SDNY Docket No. 23 Civ. 8115 (MKV))(GWG)
            Request to Adjourn Status Conference

Dear Honorable Judge Vyskocil:

    We are the attorneys for Plaintiff Stoneline Group, LLC ("Stoneline"), and we submit this letter on behalf of Stoneline requesting an adjournment of the status conference currently set for January 11, 2024.

    Plaintiff's counsel has just received the schedule of a formal hearing ordered by the United States Coast Guard; the National Transportation Safety Board, and other Federal Agencies which will take place next week. As part of the formal hearing, two important witnesses represented by Plaintiff's counsel will testify on January 11, 2024 and the undersigned's presence is required at the hearing.

    Defendant Liberty Mutual Insurance Company ("Liberty Mutual") does not oppose this request for an adjournment. For the purpose of scheduling, Defendant's counsel submits that he will be appearing before Mag. Judge Cave on 1/11 for a court ordered all day settlement conference attended in person by his European clients, and that his office is under a tight discovery schedule that renders them otherwise unavailable until February 5th.

    Under these unique circumstances, we respectfully request that the upcoming status conference be adjourned. We understand from communicating with Chambers that January 18, 2024 at 11.30 AM may be available and both parties would be able to attend.

Hon. Mary Kay Vyskocil

Page 2

      This is the first request for an adjournment in this matter and the adjournment would not impact any other scheduled dates.

      If there are any questions, please do not hesitate to contact us.  Otherwise, we thank you in advance for your consideration and continued assistance.

      Respectfully submitted,

      /s/Matteo Bonuzzi

      Matteo Bonuzzi

**Granted. SO ORDERED.** The conference is adjourned to January 18, 2024 at **10:30 a.m.**

Date: January 9, 2024
New York, New York

_/s/ Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge