UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STONELINE GROUP, LLC

                Plaintiff,

-against-

LIBERTY MUTUAL INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2025

1:23-cv-8115-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 51]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs to either party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by October 3, 2025. If no such application is made by that date, today's dismissal is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). Defendant's pending motion for reconsideration [ECF No. 46] is DENIED as moot. All other dates and deadlines are adjourned *sine die.*

      The Clerk of Court respectfully is requested to terminate docket entry 46.

**SO ORDERED.**

**Date: August 26, 2025**
**New York, NY**

                                    *Mary Kay Vyskocil*
                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**